IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DUNCHESKIE, et al.,**<br>　　　　　**Plaintiffs,**<br>v.<br><br>**TEMPLE UNIVERSITY HEALTH SYSTEM, INC., et al.,**<br>　　　　　**Defendants.** | **CIVIL NO. 09-5551** |

## ORDER

**AND NOW**, this 8th day of September 2011, upon consideration of this Court's attached Memorandum Opinion and Order, and for the reasons stated therein and hereby incorporated, it is hereby **ORDERED**:

1) Defendants' Motion to Dismiss [doc. no. 192] is **GRANTED:**

2) In view of the dismissal, the following motions are **DENIED AS MOOT:**

　　a) Plaintiffs' Motion for Expedited Collective Action Notification [doc. no. 165];[1] and,

　　b) Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees [doc. no. 168]; and,

　　c) Plaintiffs' Motion to Stay Non-FLSA claims [doc. no. 196]; and

　　d) Defendants' Motion to Strike Affidavit in Support of Motion [doc. no. 177].

3) The Plaintiffs' request for leave to amend is **GRANTED.** The plaintiffs have thirty days to file a second amended complaint

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

---

[1] This motion was improperly docketed as a "Motion to Certify."