IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DUNCHESKIE, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | |
| | NO. 09-5551 |
| TEMPLE UNIVERSITY HEALTH SYSTEM, INC., et al., | |
| Defendants. | |

# ORDER

**AND NOW,** this 7th day of August 2012, upon consideration of Defendants' Motion to Dismiss the Third Amended Complaint (Doc. No. 238), Plaintiffs' Response in Opposition thereto (Doc. No. 240), and Defendants' Reply (Doc. No. 245), and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Motions are **GRANTED** as follows:

1. Plaintiffs' federal claims are **DISMISSED with prejudice.**

2. The Court declines to exercise supplemental jurisdiction over the remaining state-law claims which are **DISMISSED without prejudice** to the reassertion of these claims in state court to the extent Plaintiffs can do so consistent with the Court's rulings.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**